NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ICON-IP PTY LTD.,**
*Plaintiff-Appellant,*

**v.**

**SPECIALIZED BICYCLE COMPONENTS, INC.,**
*Defendant-Appellee.*

---

2014-1118

---

Appeal from the United States District Court for the Northern District of California in No. 3:13-cv-03677-JST, Judge Jon S. Tigar.

---

**ON MOTION**

---

**O R D E R**

Icon-IP Pty Ltd. and Specialized Bicycle Components, Inc. move to voluntarily dismiss this appeal with prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

2          ICON-IP PTY LTD. v. SPECIALIZED BICYCLE COMPONENT

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: January 8, 2014